**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of **Delaware**
(State)
Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | American Blue Ribbon Holdings, LLC | |
| 2. **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | Village Inn<br>Bakers Square<br>Max & Erma's | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 2 6 – 4 3 7 1 2 2 4 | |
| 4. **Debtor's address** | **Principal place of business**<br>3038 Sidco Drive<br>Number   Street<br>_____<br>Nashville   TN   37204<br>City   State   ZIP Code<br>Davidson<br>County | **Mailing address, if different from principal place of business**<br>_____<br>Number   Street<br>_____<br>P.O. Box<br>_____<br>City   State   ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number   Street<br>_____<br>_____<br>City   State   ZIP Code |
| 5. **Debtor's website (URL)** | www.americanblueribbonholdings.com; www.villageinn.com; www.bakerssquare.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor   American Blue Ribbon Holdings, LLC   Case number (*if known*)_____
            Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7 2 2 5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____   When _____   Case number _____
                                                    MM / DD / YYYY
         District _____   When _____   Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.   Debtor  See Schedule 1   Relationship  See Schedule 1
        District  See Schedule 1   When  See Schedule 1
                                                  MM / DD / YYYY
        Case number, if known _____

| Debtor | American Blue Ribbon Holdings, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
                          Number        Street

_____

_____ _____ _____
City                                 State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☑ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☑ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   American Blue Ribbon Holdings, LLC          Case number (if known) _____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

   ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   ☐ I have been authorized to file this petition on behalf of the debtor.

   ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on  01/27/2020
                MM / DD / YYYY

   X _____      Kurt Schnaubelt
   Signature of authorized representative of debtor    Printed name

   Title  Chief Financial Officer

18. Signature of attorney

   X _____      Date  01/27/2020
   Signature of attorney for debtor                MM / DD / YYYY

   Robert F. Poppiti, Jr., Esq.
   Printed name
   Young Conaway Stargatt & Taylor, LLP
   Firm name
   Rodney Square, 1000 North King Street
   Number    Street
   Wilmington                                DE        19801
   City                                      State     ZIP Code

   (302) 571-6600                            rpoppiti@ycst.com
   Contact phone                             Email address

   5052                                      DE
   Bar number                                State

## SCHEDULE 1 TO VOLUNTARY PETITION

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").  A motion will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

| Debtor | Federal Employer Identification Number |
|---|---|
| American Blue Ribbon Holdings, LLC, a Delaware limited liability company | 26-4371224 |
| Legendary Baking, LLC, a Delaware limited liability company | 84-2992615 |
| Legendary Baking Holdings, LLC, a Delaware limited liability company | 84-2992790 |
| Legendary Baking of California, LLC, a Delaware limited liability company | 81-4031760 |
| SVCC, LLC, an Arizona limited liability company | 80-0789984 |

176844.1

**ACTION BY WRITTEN CONSENT**
**OF THE**
**SOLE MEMBER OF**
**AMERICAN BLUE RIBBON HOLDINGS, LLC**

January 26, 2020

The undersigned, being the sole member (the "**Member**") of American Blue Ribbon Holdings, LLC, a Delaware limited liability company (the "**Company**"), hereby consents, in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of May 31, 2012, and the Delaware Limited Liability Company Act, to the adoption of the following resolutions:

**Chapter 11 Filings**

NOW THEREFORE, BE IT RESOLVED, that, in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that petitions be filed by the Company and certain of its subsidiaries in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**" and, the cases commenced thereby, the "**Chapter 11 Cases**"), and the filing of such a petition by the Company is authorized hereby.

RESOLVED FURTHER, that the Company's Chief Executive Officer, Chief Financial Officer, Secretary or General Counsel, and such officers, employees or agents as the Chief Executive Officer, Chief Financial Officer, Secretary or General Counsel shall from time to time designate (each being an "**Authorized Person**" and all being the "**Authorized Persons**") are hereby, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries, to execute, deliver and verify any and all petitions and other documents in connection with the Chapter 11 Cases and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

RESOLVED FURTHER, that (a) the law firms of (i) KTBS Law LLP and (ii) Young Conaway Stargatt & Taylor, LLP are hereby engaged as the attorneys for the Company under general retainer in the Chapter 11 Cases, and (b) the firm of Epiq Corporate Restructuring, LLC is hereby engaged as the claims and noticing agent for the Company in the Chapter 11 Cases, in each case, subject to any requisite Bankruptcy Court approval.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries, to retain or continue to employ such other professionals as they deem necessary, proper or desirable during the course of the Chapter 11 Cases.

RESOLVED FURTHER, that the Authorized Persons be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries, to execute, deliver, certify, record and/or file and perform all petitions, documents, affidavits, schedules, motions, lists, applications, pleadings and other papers, in such form and with such additions and changes to any or all as such Authorized Person deems necessary, proper or desirable, and to take and perform any and all further acts and deeds as such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Cases, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof.

RESOLVED FURTHER, that the Authorized Persons be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries, to engage, employ and retain all assistance by legal counsel, special counsel, auctioneers, accountants, financial advisors or other professionals that such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Cases, subject to any requisite Bankruptcy Court approval, with a view to the successful prosecution of such cases or to effect the purposes and intent of the foregoing resolutions.

**Debtor-in-Possession Loan Documents**

RESOLVED FURTHER, that, in connection with the commencement of the Chapter 11 Cases, the Member hereby (i) approves that certain Senior Secured, Superpriority Debtor-in-Possession Credit Agreement (the "**Debtor-in-Possession Credit Agreement**") among Cannae Holdings, Inc., in its capacity as Lender (the "**Lender**"), the Company, as a borrower and debtor-in-possession, and its subsidiaries, as borrowers and debtors-in-possession, providing for a senior secured credit facility of up to $20 million, on the closing date of the financing referenced in this paragraph, which will be secured by a first priority perfected security interest in substantially all of the assets of Company and its subsidiaries, subject only to certain excluded property, carve outs and permitted liens, and (ii) consents to the incurrence of indebtedness, the grant of a security interest in substantially all of the assets of the Company to the Lender (subject only to certain excluded property, carve outs and permitted liens), and the execution, delivery and performance of the Debtor-In-Possession Credit Agreement by the Company and its subsidiaries, in each case, subject to any requisite Bankruptcy Court approval.

RESOLVED FURTHER, that the Authorized Persons be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company: (i) to negotiate, enter into, execute, deliver and perform or cause the performance of the Debtor-in-Possession Credit Agreement and such other documents to be negotiated, executed, delivered and performed in connection therewith, including such pledges, mortgages, guarantees, notes, security agreements, collateral security documents and other agreements, certificates, or instruments as such Authorized Person executing the same considers necessary, proper or desirable (collectively, the "**DIP Loan Documents**"), in such form and with such additions and changes to any or all of such DIP Loan Documents as such Authorized Person deems necessary, proper or desirable, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof and (ii) to consummate the transactions contemplated by the DIP Loan

Documents on behalf of Company, on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries, in each case, subject to any requisite Bankruptcy Court approval.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed to, in the name and on behalf of the Company, on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries, to amend, extend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions, subject to any requisite Bankruptcy Court approval.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed to, in the name and on behalf of the Company (and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects), on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries: (i) to cause the Company to perform, enter into, negotiate, execute, deliver, certify, file and/or record any and all of the DIP Loan Documents as may be required or as such Authorized Person deems necessary, proper or desirable, in such form and substance and with such additions and changes to any or all of such terms and conditions as such Authorized Person deems necessary, proper or desirable, and (ii) to take or perform such other acts as may in the judgment of such person be or become necessary, proper or desirable, in order to effectuate fully the purposes and intent of the foregoing resolutions and matters ratified or approved herein and the consummation of the transactions contemplated thereby, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof, in each case, subject to any requisite Bankruptcy Court approval.

**Subsidiary Boards**

RESOLVED FURTHER, that the Company, as the sole member of Legendary Baking, LLC, Legendary Baking Holdings, LLC, Legendary Baking of California, LLC and SVCC, LLC, hereby sets the number of managers of each of Legendary Baking, LLC, Legendary Baking Holdings, LLC, Legendary Baking of California, LLC and SVCC, LLC company at one manager.

**General**

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed to, in the name and on behalf of the Company, on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries, to amend, extend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, in all respects, authorized, empowered and directed, for and on behalf of the Company, on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries, and in its name, to take or cause to be taken all such further action and to sign, execute, acknowledge,

certify, deliver, accept, record and file, or to cause to be signed, executed, acknowledged, certified, delivered, accepted, recorded and filed, any and all further documents, certificates, instruments and notices, and any amendments thereto, in such form and with such additions and changes to any or all of such terms and conditions as such Authorized Person deems necessary, proper or desirable to carry out the intent or accomplish the purpose of the foregoing resolutions, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof.

RESOLVED FURTHER, that any and all actions previously or hereafter taken and any and all documents, certificates or instruments (however characterized or described) previously or hereafter executed and delivered or filed and recorded on behalf of the Company, on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries, by the Authorized Persons, and others acting on authority granted to them by the Member or by the Authorized Persons, in order to carry into effect the purposes and intent of the foregoing resolutions are hereby ratified, confirmed, adopted and approved in all respects.

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Authorized Person to seek relief on behalf of the Company, on its own behalf or in its capacity as the sole member of each of the Company's subsidiaries, under chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 Cases, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

[*The remainder of this page is intentionally left blank.*]

**IN WITNESS WHEREOF**, these resolutions have been adopted as of the date first written above.

**ABRH, LLC**

By: _[signature]_
Name: W CRAIG BARBER
Title: CEO

| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   American Blue Ribbon Holdings, LLC | |
| United States Bankruptcy Court for the:   District of Delaware | ☐ Check if this is an amended filing |
| Case Number (If known): | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US FOODS, INC. 8075 S. RIVER PARKWAY TEMPE, AZ  85284 | CONTACT: SID CUECHA, CORPORATE ACCOUNT EXECUTIVE PHONE: 602-740-0721 FAX: 781-533-9480 SID.CUECHA@USFOODS.COM | TRADE PAYABLE | | | | $382,496.28 |
| 2 | HAWORTH MARKETING & MEDIA LLC 45 SOUTH 7TH STREET SUITE 2400 MINNEAPOLIS, MN  55402 | CONTACT: JACEY BERG PHONE: 612-677-8900 FAX: 612-677-8901 JACEY.BERG@HAWORTHMEDIA.COM; MATT_SCHONS@HAWORTHMEDIA.COM | TRADE PAYABLE | | | | $380,522.19 |
| 3 | SYSCO ARIZONA 611 SOUTH 80TH STREET TOLLESON, AZ  85353 | CONTACT: DONALD STALEY & EVE MCFADDEN, LEGAL PHONE: 623-936-9920 FAX: 623-907-6997 STANLEY.DONALD@CORP.SYSCO.COM; MCFADDEN.EVE@CORP.SYSCO.COM | TRADE PAYABLE | | | | $345,778.59 |
| 4 | SYSCO DENVER 5000 BEELER ST DENVER, CO  80238 | CONTACT: SCOTT MERRELL & EVE MCFADDEN, LEGAL PHONE: 303-585-3007 FAX: 303-585-3125 MERRELL.SCOTT@CORP.SYSCO.COM; MCFADDEN.EVE@CORP.SYSCO.COM | TRADE PAYABLE | | | | $344,507.08 |

Debtor: American Blue Ribbon Holdings, LLC    Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | SYSCO LINCOLN<br>900 KINGBIRD ROAD<br>LINCOLN, NE 68521 | CONTACT: JEFF HAASE & EVE MCFADDEN, LEGAL<br>PHONE: 402-423-1031<br>FAX: 402-421-5291<br>DKORBELIK@LINCOLN.SYSCO.COM;<br>MCFADDEN.EVE@CORP.SYSCO.COM | TRADE PAYABLE | | | | $296,074.56 |
| 6 | DARIGOLD, INC<br>5601 6TH AVE S, STE 300<br>SEATTLE, WA 98108 | CONTACT: MARK ARMON<br>PHONE: 800-333-6455<br>FAX: 206-281-3456<br>MARK.ARMON@DARIGOLD.COM | TRADE PAYABLE | | | | $99,417.01 |
| 7 | MALNOVE INC OF NEBRASKA<br>13434 F STREET<br>OMAHA, NE 68137 | CONTACT: PAUL MALNOVE - FOUNDER AND CEO<br>PHONE: 402-778-0535<br>FAX: 402-330-2941<br>PAUL.MALNOVE@MALNOVE.COM'<br>PETER.HOFMANN@MALNOVE.COM | TRADE PAYABLE | | | | $92,396.19 |
| 8 | BLACK HORSE CARRIERS<br>455 KEHOE BLVD SUITE 105<br>CAROL STREAM, IL 60188 | CONTACT: DAN JONES<br>PHONE: 630-690-8900<br>FAX: 630-690-8882<br>DAN.JONES@BLACKHORSECARRIERS.COM | TRADE PAYABLE | | | | $82,938.71 |
| 9 | KRAFT FOODS INC<br>22541 NETWORK PLACE<br>CHICAGO, IL 60673 | CONTACT: MICHAEL MULLEN<br>PHONE: 800-641-0412<br>FAX: 608.282.9667<br>MICHAEL.MULLEN@KRAFTHEINZCOMPANY.COM | TRADE PAYABLE | | | | $66,251.54 |
| 10 | NFI INTERACTIVE LOGISTICS LLC<br>TRIAD1828 CENTRE<br>2 COOPER STREET<br>CAMDEN, NJ 08102 | CONTACT: AARON SCHMIDT<br>PHONE: 214-431-5523<br>AARON.SCHMIDT@NFIINDUSTRIES.COM | TRADE PAYABLE | | | | $61,772.00 |
| 11 | CROSSMARK, INC<br>5100 LEGACY DRIVE<br>PLANO, TX 75024 | CONTACT: JIM BUCHTA<br>PHONE: 469-814-1000<br>FAX: 469-814-1355<br>JBUCHTA@CROSSMARK.COM | TRADE PAYABLE | | | | $56,789.94 |
| 12 | SENECA FOODS CORPORATION<br>3736 S. MAIN ST.<br>MARION, NY 14505 | CONTACT: JANE SLOAN DIR OF CREDIT<br>PHONE: 315-926-8100<br>FAX: 315-926-8300<br>SENECAFOODS@SENECAFOODS.COM | TRADE PAYABLE | | | | $56,610.50 |
| 13 | PETERSON FARMS<br>3104 W. BASELINE RD<br>SHELBY, MI 49455 | CONTACT: SARAH SCHLUKEBIR<br>PHONE: 231-861-7101<br>FAX: 231-861-2274<br>SARAH@PETERSONFARMSINC.COM | TRADE PAYABLE | | | | $56,238.00 |

Debtor: American Blue Ribbon Holdings, LLC          Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  ENGLAND LOGISTICS, I 1325 SOUTH 4700 WEST SALT LAKE CITY, UT 84104 | CONTACT: SHAUN BEARDALL PHONE: 866-476-7011 FAX: 801-736-7983 SBEARDALL@ENGLANDLOGISTICS.COM | TRADE PAYABLE | | | | $55,377.37 |
| 15  RUBICON GLOBAL LLC SALESFORCE TOWER 950 EAST PACES FERRY ROAD SUITE 1900 ATLANTA, GA 30326 | CONTACT: ELAINE RICHARDS PHONE: 844-479-1507 SUPPORT@RUBICONGLOBAL.COM | UTILITY | | | | $48,737.53 |
| 16  LES BLEUETS MISTASSI 555, RUE DE QUEN DOLBEAU-MISTASSINI, QC  G8L 5M3 CANADA | CONTACT: REJEAN FORTIN PHONE: 418-276-8611 FAX: 418-276-8612 RFORTIN@BLEUETSMISTASSINI.COM | TRADE PAYABLE | | | | $48,654.00 |
| 17  ARAMARK UNIFOM & CAREER APPAREL INC 22512 NETWORK PLACE CHICAGO, IL 60673-1225 | CONTACT: STEVEN SADOVE PHONE: 800-504-0328 FAX: 704-375-0942 ARAMARK-CARES@ARAMARK.COM | TRADE PAYABLE | | | | $48,220.32 |
| 18  D&W FINE PACK HOLDING 777 MARK STREET WOOD DALE, IL 60191 | CONTACT: GARY REHWINKEL, PRESIDENT & CEO PHONE: 260-459-9735 FAX: 260-459-9883 CUSTORDERS@DWFP.COM | TRADE PAYABLE | | | | $48,179.89 |
| 19  SAPUTO DAIRY FOODS USA, LLC 2711 N HASKELL AVE, STE 3700 DALLAS, TX 75204 | CONTACT: KEVIN LEWIS, CREDIT MGR PHONE: 214-863-2300 FAX: 214-996-9343 KEVIN.LEWIS@SAPUTO.COM ; SAPUTO@SAPUTO.COM | TRADE PAYABLE | | | | $47,593.21 |
| 20  REMBRANDT ENTERPRISES INC 1521 18TH ST. SPIRIT LAKE, IA 51360 | CONTACT: SHARON BUELTEL PHONE: 877-344-4055 FAX: 712-759-1802 SHARON_BUELTEL@REMBRANDTINC.COM; CONTACTUS@REMBRANDTINC.COM | TRADE PAYABLE | | | | $46,351.80 |
| 21  KEMPS DAIRY LLC 1270 ENERGY LN ST. PAUL, MN 55108 | CONTACT: DANIELLE ANDERSON PHONE: 651-379-6559 FAX: 855-685-6281 DANIELLE.ANDERSON@KEMPS.COM, | TRADE PAYABLE | | | | $44,710.35 |
| 22  MICHAEL FOODS INC 301 CARLSON PKWY; STE 400 MINNETONKA, MN 55305 | CONTACT: JERRY KNECHT & TOM JENSEN PHONE: 952-258-4000 FAX: 507-237-4552 TOM.JENSEN@MICHAELFOODS.COM; JERRY.KNECHT@MICHAELFOODS.COM | TRADE PAYABLE | | | | $43,936.50 |

Debtor: American Blue Ribbon Holdings, LLC        Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23 WAWONA FROZEN FOODS 100 W ALLUVIAL CLOVIS, CA  93611 | CONTACT: CHRIS LINHARES PHONE: 559-299-2901 FAX: 559-299-1921 CLINHARES@WAWONA.COM ; INFO@WAWONA.COM | TRADE PAYABLE | | | | $39,400.00 |
| 24 DOLE PACKAGED FOODS 3059 TOWNSGATE ROAD, SUITE 400 WESTLAKE VILLAGE, CA  91361 | CONTACT: BRAD BARTLETT, PRESIDENT PHONE: 818-874-4715 BRAD.BARTLETT@DOLEINTL.COM | TRADE PAYABLE | | | | $38,102.40 |
| 25 CMS MECHANICAL SERVICES LLC 1045 SOUTH JOHN RODES BLVD MELBOURNE, FL  32904 | CONTACT: ROBERT BULL, PRESIDENT PHONE: 800-382-3150 | TRADE PAYABLE | | | | $34,710.24 |
| 26 CERIDIAN HCM, INC 3311 EAST OLD SHAKOPEE ROAD MINNEAPOLIS, MN  55425-1640 | CONTACT: GARY BAUCOM SR SALES PHONE: 866-231-4029 CERIDIANHRDIRECT@CERIDIAN.COM | TRADE PAYABLE | | | | $32,737.93 |
| 27 BESTMARK INC 5500 FELTL ROAD MINNETONKA, MN  55343 | CONTACT: DANA STETZER, CEO PHONE: 800-969-8477 FAX: 952-922-0237 DSTETZER@BESTMARK.COM | TRADE PAYABLE | | | | $32,665.69 |
| 28 MEGACORP LOGISTICS, LLC 1011 ASHES DR. WILMINGTON, NC  28405 | CONTACT: LARA AUSTIN PHONE: 910-332-0820 FAX: 859-538-1673 LAUSTIN@MEGACORPLOGISTICS.COM | TRADE PAYABLE | | | | $31,428.00 |
| 29 ESSCO OF BIRMINGHAM, LLC C/O ESSCO DEVELOPMENT CO. 210 SOUTH WOODWARD, SUITE 230 BIRMINGHAM, MI  48009 | CONTACT: JAMES ESSHAKI PHONE: 248-645-5900 FAX: 248-645-5922 JESSHAKI@ESSCODEVELOPMENT.COM | LEASE | | | | $30,000.00 |
| 30 BLUE BEAR CREATIVE LLC 2120 MARKET ST. STE A DENVER, CO  80205 | CONTACT: ALEX OESTERLE, DIRECTOR PHONE: 719-287-8945 ALEX@BLUEBEARCREATIVE.CO | TRADE PAYABLE | | | | $26,438.72 |

Fill in this information to identify the case and this filing:

Debtor Name __American Blue Ribbon Holdings, LLC__

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number (if known): _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/27/2020__        X _____ CFO
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

Kurt Schnaubelt
Printed name

Chief Financial Officer
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN BLUE RIBBON HOLDINGS, LLC,<br>a Delaware limited liability company,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 20-_____ (___)<br><br>(Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the above-captioned debtor (the "Debtor") hereby certifies that the following entity directly owns more than 10% of the equity interests of the Debtor:

| Interest Holder | Percentage of Interests Held |
|---|---|
| ABRH, LLC | 100% |

---

[1] The Debtor's address and last four digits of its federal taxpayer identification number are: 3038 Sidco Drive, Nashville, TN 37204 (1224-Del.).

177015.1

Fill in this information to identify the case and this filing:

Debtor Name __American Blue Ribbon Holdings, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/27/2020__      X _/s/ Kurt Schnaubelt_   CFO
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Kurt Schnaubelt
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN BLUE RIBBON HOLDINGS, LLC,<br>a Delaware limited liability company,[1]<br><br>                                Debtor. | Chapter 11<br><br>Case No.:  20-_____ (___)<br><br>(Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS SUBMITTED IN ACCORDANCE WITH**
**<u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(3)</u>**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the above-captioned debtor (the "<u>Debtor</u>") hereby certifies that the following constitutes a complete and correct list of the equity security holders of the Debtor:

| Name and Address<br>of Equity Security Holder | Percentage of Interests Held |
|---|---|
| ABRH, LLC<br>3038 Sidco Drive<br>Nashville, TN 37204 | 100% |

---

[1] The Debtor's address and last four digits of its federal taxpayer identification number are: 3038 Sidco Drive, Nashville, TN 37204 (1224-Del.).

177010.1

Fill in this information to identify the case and this filing:

Debtor Name  American Blue Ribbon Holdings, LLC

United States Bankruptcy Court for the: _____  District of Delaware
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration  List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/27/2020
MM / DD / YYYY

X _____  CFO
Signature of individual signing on behalf of debtor

Kurt Schnaubelt
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors