**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN BLUE RIBBON HOLDINGS, LLC,<br>a Delaware limited liability company, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-10161 (LSS)<br><br>(Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 28, 2020 AT 9:00 A.M. (ET)[2]**

**PETITIONS**

1.  Voluntary Petition Packages

    A.  American Blue Ribbon Holdings, LLC [20-10161]
    B.  Legendary Baking, LLC [20-10162]
    C.  Legendary Baking Holdings, LLC [20-10163]
    D.  Legendary Baking California, LLC [20-10164]
    E.  SVCC, LLC [20-10165]

**DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS**

2.  Declaration of Kurt Schnaubelt in Support of First Day Motions [Docket No. 14; 1/27/20]

**MATTERS GOING FORWARD**

3.  Debtors' Motion for Entry of an Order Authorizing and Directing the Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Docket No. 2; 1/27/20]

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: American Blue Ribbon Holdings, LLC (1224-Del.); Legendary Baking, LLC (2615-Del.); Legendary Baking Holdings, LLC (2790-Del.); Legendary Baking of California, LLC (1760-Del.); and SVCC, LLC (9984-Ariz.). The Debtors' address is 3038 Sidco Drive, Nashville, TN 37204.

[2] **The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801**. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

4. Debtors' Application for an Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 3; 1/27/20]

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing the Continuation of Intercompany and Affiliate Transactions, (III) Granting Administrative Priority Status to Postpetition Intercompany and Affiliate Claims, (IV) Authorizing Use of Prepetition Bank Accounts and Payment Methods, (V) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [Docket No. 4; 1/27/20]

6. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 5; 1/27/20]

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Prepetition Sales, Use, and Franchise Taxes and Similar Taxes and Fees, (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing, and (III) Scheduling a Final Hearing [Docket No. 6; 1/27/20]

8. Debtors' Motion for Entry of an Order Authorizing Maintenance, Administration, and Continuation of Certain Customer Programs [Docket No. 7; 1/27/20]

9. Debtors' Motion for Entry of an Order Authorizing Payment of Certain Prepetition Shipping, Delivery, and Warehousing Charges [Docket No. 8; 1/27/20]

10. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363, and 541 of the Bankruptcy Code, (I) Authorizing the Payment of Prepetition Claims Asserted Under the Perishable Agricultural Commodities Act and the Packers and Stockyards Act and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related to the Foregoing [Docket No. 9; 1/27/20]

11. Debtors' Motion for Order Confirming Administrative Expense Priority Status of Debtors' Undisputed Obligations for Postpetition Delivery of Goods Ordered Prepetition [Docket No. 10; 1/27/20]

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Claims, (II) Authorizing Honoring of Certain Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Reimbursement for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Scheduling Final Hearing [Docket No. 11; 1/27/20]

13. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507, (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Modifying Automatic Stay, (IV) Granting Related Relief, and (V) Scheduling Final Hearing [Docket No. 12; 1/27/20]

Dated: January 27, 2020

*/s/ Ian J. Bambrick*
Michael R. Nestor, Esq. (DE Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (DE Bar No. 5052)
Ian J. Bambrick, Esq. (DE Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel:    (302) 571-6600
Fax:   (302) 571-1253

and

David A. Fidler, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KTBS LAW LLP, *f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4023
Fax:   (310) 407-9090

*Proposed Counsel to Debtors and Debtors in Possession*