**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN BLUE RIBBON HOLDINGS, LLC, *et al.*, | : | Case No. 20-10161 (LSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **SCF RC Funding I, LLC**, Attn: AJ Peil, 902 Carnegie Center, Ste 520, Princeton, NJ 08540, Phone: (609) 436-0619

2. **Realty Income Corp.**, Attn: Kirk Carson, 11995 El Camino Real, San Diego, CA 92130, Phone: (858) 284-5256

3. **Valassis Direct Mail, Inc.**, Attn: Vanessa O'Connell, 15955 La Cantera Parkway, San Antonio, TX 78256 Phone: (210) 694-1933, Fax: (210) 697-1326

        **ANDREW R. VARA
UNITED STATES TRUSTEE,
REGIONS 3 & 9**

        /s/ *Benjamin Hackman*     for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE
benjamin.a.hackman@usdoj.gov

DATED: February 6, 2020

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Robert Poppiti, Phone: (302) 571-6600, Fax: (302) 571-1253