## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN BLUE RIBBON HOLDINGS, LLC, a Delaware limited liability company, *et al.*,[1] | Case No.: 20-10161 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 24, 2020 AT 10:00 A.M. (ET)

### ADJOURNED MATTER

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing the Continuation of Intercompany and Affiliate Transactions, (III) Granting Administrative Priority Status to Postpetition Intercompany and Affiliate Claims, (IV) Authorizing Use of Prepetition Bank Accounts and Payment Methods, (V) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), (VI) Scheduling Final Hearing, and (VII) Granting Related Relief [D.I. 4; 1/27/20]

   Related Pleadings:

   a)   Interim Order [D.I. 39; 1/28/20]

   b)   Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 60; 1/29/20]

   Objection Deadline:       February 14, 2020 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors (the "Committee")]

   Objections/Informal Responses:

   c)   Informal response from the Committee

---

[1]   The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: American Blue Ribbon Holdings, LLC (1224-Del.); Legendary Baking, LLC (2615-Del.); Legendary Baking Holdings, LLC (2790-Del.); Legendary Baking of California, LLC (1760-Del.); and SVCC, LLC (9984-Ariz.). The Debtors' address is 3038 Sidco Drive, Nashville, TN 37204.

Status:            By agreement of the Debtors and the Committee, this matter is adjourned to the next omnibus hearing, which is currently scheduled for March 27, 2020, at 10:00 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATIONS FILED

2.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Prepetition Sales, Use, and Franchise Taxes and Similar Taxes and Fees, (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing, and (III) Scheduling a Final Hearing [D.I. 6; 1/27/20]

      Related Pleadings:

          a)      Interim Order [D.I. 41; 1/28/20]

          b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 60; 1/29/20]

          c)      Certification of Counsel [D.I. 115; 2/18/20]

          d)      Proposed Final Order

      Objection Deadline:      February 14, 2020 at 4:00 p.m. (ET) [Extended for the Committee to February 19, 2020]

      Objections/Informal Responses:

          e)      Informal response from the Committee

      Status:      A revised proposed form of order has been submitted under certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

3.      Debtors' Motion for Entry of an Order Authorizing Maintenance, Administration, and Continuation of Certain Customer Programs [D.I. 7; 1/27/20]

      Related Pleadings:

          a)      Interim Order [D.I. 55; 1/28/20]

          b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 60; 1/29/20]

          c)      Certificate of No Objection [D.I. 116; 2/18/20]

          d)      Proposed Final Order

Objection Deadline:        February 14, 2020 at 4:00 p.m. (ET) [Extended for the
                           Committee to February 19, 2020]

Objections/Informal Responses:        None.

Status:        A certificate of no objection has been filed.  The Committee confirmed it
               has no objection to the requested relief.  A hearing is only necessary to the
               extent the Court has questions or concerns.

4.     Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363, and 541 of the
       Bankruptcy Code, (I) Authorizing the Payment of Prepetition Claims Asserted Under the
       Perishable Agricultural Commodities Act and the Packers and Stockyards Act and
       (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests
       Related to the Foregoing [D.I. 9; 1/27/20]

       Related Pleadings:

               a)      Interim Order [D.I. 56; 1/28/20]

               b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon
                       [D.I. 60; 1/29/20]

               c)      Amended Interim Order [D.I. 86; 2/5/20]

               d)      Certification of Counsel [D.I. 125; 2/18/20]

               e)      Proposed Final Order

       Objection Deadline:        February 14, 2020 at 4:00 p.m. (ET) [Extended for the
                                  Committee to February 19, 2020]

       Objections/Informal Responses:

               f)      Informal response from the Committee

       Status:        A revised proposed form of order has been submitted under certification
                      of counsel.  A hearing is only necessary to the extent the Court has
                      questions or concerns.

5.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of
       Certain Prepetition Employee Claims, (II) Authorizing Honoring of Certain Prepetition
       Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition
       Basis, (III) Authorizing Reimbursement for Prepetition Expenses, (IV) Authorizing
       Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Banks to Honor

3

Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Scheduling Final Hearing [D.I. 11; 1/27/20]

Related Pleadings:

      a)     Interim Order [D.I. 44; 1/28/20]

      b)     Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 60; 1/29/20]

      c)     Certification of Counsel [D.I. 122; 2/18/20]

      d)     Proposed Final Order

Objection Deadline:     February 14, 2020 at 4:00 p.m. (ET) [Extended for the Committee to February 19, 2020]

Objections/Informal Responses:

      e)     Informal response from the Committee

Status:     A revised proposed form of order has been submitted under certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

6.     Debtors' First Omnibus Motion for the Entry of an Order, Pursuant to Sections 105(a), 365(a) and 554(a) of the Bankruptcy Code, Authorizing the Debtors to (I) Reject Certain Unexpired Non-Residential Real Property Leases and (II) Abandon Any Remaining Property Located at the Leased Premises *Nunc Pro Tunc* to the Petition Date [D.I. 13; 1/27/20]

Related Pleadings:

      a)     Notice of Hearing [D.I. 59; 1/29/20]

      b)     Certification of Counsel [D.I. 129; 2/19/20]

      c)     Proposed Order

Objection Deadline:     February 10, 2020 at 4:00 p.m. (ET) [Extended for WAMAC, LLC to February 12, 2020 at 4:00 p.m. (ET)]

Objections/Informal Responses:

      d)     Maricopa County Treasurer's Objection [D.I. 92; 2/7/20]

4

e)      Limited Objection of Busard-Hargeaves Enterprises, LLC [D.I. 99; 2/10/20]

f)      Informal response from SCFRC-HW-G LLC

Status:      A revised proposed form of order has been submitted under certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

7.      Debtors' Application, Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1, for Entry of an Order Authorizing Employment and Retention of KTBS Law LLP, f/k/a Klee, Tuchin, Bogdanoff & Stern LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [D.I. 68; 1/31/20]

Related Pleadings:

a)      Certification of Counsel [D.I. 117; 2/18/20]

b)      Proposed Order

Objection Deadline:      February 14, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:

c)      Informal response from the Office of the United States Trustee

Status:      The Debtors have addressed the concerns of the Office of the United States Trustee as noted in the related certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

8.      Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 69; 1/31/20]

Related Pleadings:

a)      Certification of Counsel [D.I. 118; 2/18/20]

b)      Proposed Order

Objection Deadline:      February 14, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:

c)      Informal response from the Office of the United States Trustee

26042474.3

Status:      The Debtors have addressed the concerns of the Office of the United States Trustee as noted in the related certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

9.    Debtors' Application for Authority to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date [D.I. 70; 1/31/20]

Related Pleadings:

a)      Certification of Counsel [D.I. 119; 2/18/20]

b)      Proposed Order

Objection Deadline:          February 14, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:

c)      Informal response from the Office of the United States Trustee

Status:      A revised proposed form of order has been submitted under certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

10.    Debtors' Motion for an Order Authorizing (I) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 71; 1/31/20]

Related Pleadings:

a)      Certification of Counsel [D.I. 120; 2/18/20]

b)      Proposed Order

Objection Deadline:          February 14, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:

c)      Informal response from the Office of the United States Trustee

Status:      A revised proposed form of order has been submitted under certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

26042474.3

11.    Debtors' Motion for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 72; 1/31/20]

Related Pleadings:

    a)    Certification of Counsel [D.I. 124; 2/18/20]

    b)    Proposed Order

Objection Deadline:    February 14, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:

    c)    Informal response from the Committee

Status:    A revised proposed form of order has been submitted under certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

12.    Debtors' Motion for Entry of an Order Providing that Any Creditors' Committee Is Not Authorized or Required to Provide Access to Confidential or Privileged Information to Creditors [D.I. 74; 1/31/20]

Related Pleadings:

    a)    Certificate of No Objection [D.I. 121; 2/18/20]

    b)    Proposed Order

Objection Deadline:    February 14, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:    None.

Status:    A certificate of no objection has been filed.  A hearing is only necessary to the extent the Court has questions or concerns.

13.    Debtors' Motion, Pursuant to Sections 501 and 502 of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e), for Order Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [D.I. 75; 1/31/20]

Related Pleadings:

    a)    Certification of Counsel [D.I. 123; 2/18/20]

      b)       Proposed Order

Objection Deadline:       February 14, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:

      c)       Informal response from the Committee

Status:       The Debtors have addressed the concerns of the Committee as noted in the related certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

## UNCONTESTED MATTER GOING FORWARD

14.      Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507, (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Modifying Automatic Stay, (IV) Granting Related Relief, and (V) Scheduling Final Hearing [D.I. 12; 1/27/20]

Related Pleadings:

      a)       Interim Order [D.I. 45; 1/28/20]

      b)       Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 60; 1/29/20]

      c)       Notice of Filing of *Proposed* Final DIP Order [D.I. 130; 2/20/20]

Objection Deadline:       February 14, 2020 at 4:00 p.m. (ET) [Extended for the Committee to February 20, 2020 at 5:00 p.m. (ET)]

Objections/Informal Responses:

      d)       Maricopa County Treasurer's Objection [D.I. 93; 2/7/20]

      e)       Informal response from the Committee

Status:       The Debtors have resolved the objection of the Maricopa County Treasurer's office, and have resolved the informal response from the Committee through changes to the proposed final order.  A hearing on the final relief requested by the motion is going forward on an uncontested basis.

**CONTESTED MATTER GOING FORWARD**

15.     Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors'
        Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting
        Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving
        the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and
        (IV) Granting Related Relief [D.I. 5; 1/27/20]

        Related Pleadings:

                a)      Interim Order [D.I. 40; 1/28/20]

                b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon
                        [D.I. 60; 1/29/20]

        Objection Deadline:         February 14, 2020 at 4:00 p.m. (ET) [Extended for the
                                    Committee to February 19, 2020]

        Objections/Informal Responses:

                c)      Objection of Certain Utility Companies (the "Objecting Utilities")
                        [D.I. 111; 2/13/20]

                d)      Informal response from Waste Management

                e)      Informal response from the Committee

        Status:         The Debtors have resolved the informal responses of Waste Management
                        and the Committee through changes to the proposed final order.  The
                        Debtors are working to resolve the objection of the Objecting Utilities, and
                        anticipate submitting a revised proposed final order resolving the
                        objection at or prior to the hearing.  A hearing on the final relief requested
                        by the motion is currently going forward.

                                *[Signature Page Follows]*

26042474.3

Dated:  February 20, 2020      */s/ Ian J. Bambrick*
Michael R. Nestor, Esq. (DE Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (DE Bar No. 5052)
Ian J. Bambrick, Esq. (DE Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel:    (302) 571-6600
Fax:   (302) 571-1253
mnestor@ycst.com
rpoppiti@ycst.com
ibambrick@ycst.com

and

David A. Fidler, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KTBS LAW LLP, *f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4023
Fax:   (310) 407-9090
dfidler@ktbslaw.com
jweiss@ktbslaw.com
sgurvitz@ktbslaw.com

*Proposed Counsel to Debtors and Debtors in Possession*