**Exhibit 1**

**Rejected Leases**

25942067.5

| Landlord/Counterparty | Notice Address | Leased Premises | Rejection Effective Date |
|---|---|---|---|
| 2017 Menaul, LLC | Gerhard Schwarzblatt, President<br>9454 Wilshire Blvd., Ste. 207<br>Beverly Hills, CA 90212 | (Building)<br>2017 Menaul Blvd., N.E.<br>Albuquerque, NM 87107-1716 | Petition Date |
| 2017 Menaul, LLC | Gerhard Schwarzblatt, President<br>9454 Wilshire Blvd., Ste. 207<br>Beverly Hills, CA 90212 | (Ground Lease)<br>2017 Menaul Blvd., N.E.<br>Albuquerque, NM 87107-1716 | Petition Date |
| 3200 W. 111th Street, LLC | 655 Paddock Lane<br>Libertyville, IL 60048 | 1195 South Milwaukee Avenue<br>Libertyville, IL 60048 | Petition Date |
| 710 Gardner Rd, LLC[1]<br>Attn: Juan Monoz | 1516 Graceland Dr<br>Fairborn, MI 43424 | 710 Gardner Road<br>Springboro, OH  40566 | Petition Date |
| Barbara Kay Kullas & Jean J. Bleakley Revocable Trust | Barbara Kay Kullas & Jean J. Bleakley Revocable Trust<br>c/o Louis Hornor<br>5608 Palisade Court<br>Austin, TX 78731<br><br>Jean Bleakley<br>8523 Thackery Street, #9316<br>Dallas, TX  75225<br><br>Barbara Kay Kullas & Jean J. Bleakley Revocable Trust<br>6506 Warriors Run<br>Littleton, CO  80125 | (Building)<br>921 South Havana Street<br>Aurora, CO 80012 | Petition Date |
| Berg Family Trust | 800 The Mark Lane, #2901<br>San Diego, CA 92101 | 2800 Commerce Dr.<br>Coralville, IA 52241-2756 | Petition Date |
| Busard-Hargreaves Enterprises, LLC[2] | 8985 North Territorial Road<br>Plymouth, MI 48170 | 2240 Canton Center North<br>Canton, MI 48187 | Petition Date |
| Casto-Oakbridge Venture, LTD | Legal Department<br>c/o Casto Southeast Realty Services LLC<br>5391 Lakewood Ranch Blvd.<br>Suite 100<br>Sarasota, FL 34240 | 3770 Lakeside Village Court<br>Lakeland, FL 33803 | Petition Date |
| Catspaw LLC | 2829 Rucker Ave., Suite 100<br>Everett, WA 98201 | (Building)<br>8602 N. Dale Mabry<br>Tampa, FL 33614 | Petition Date |
| Catspaw LLC | 2829 Rucker Ave., Suite 100<br>Everett, WA 98201 | (Parking Lot)<br>8602 N. Dale Mabry<br>Tampa, FL 33614 | Petition Date |
| Col-Terra Investments, XIV, LLC | Howard J Alpern, Registered Agent<br>14 N Sierra Madre, Suite A<br>Colorado Springs, CO 80903 | 5790 S. Carefree Circle<br>Colorado Springs, CO 80917 | Petition Date |

---

[1] This counterparty is a sub-tenant; the Debtors are the sub-lessor.

[2] This counterparty is a sub-tenant; the Debtors are the sub-lessor.

25942067.5

| Landlord/Counterparty | Notice Address | Leased Premises | Rejection Effective Date |
|---|---|---|---|
| DDR Winter Garden LLC | Executive VP-Leasing & General Counsel<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | 3130 Daniels Road<br>Winter Garden, FL 34787 | Petition Date |
| DM Holdings, L.L.C. | Cindy Grabenstein<br>c/o Hancock & Dana PC<br>12829 W. Dodge Road, Suite 100<br>Omaha, NE 68154 | 1710 Lincoln Way<br>Clinton, IA 52732 | Petition Date |
| DM Holdings, L.L.C. | Hancock & Dana PC<br>12829 W. Dodge Road, Suite 100<br>Omaha, NE 68154 | 111 S. 29th St.,<br>Lincoln, NE 68510-1404 | Petition Date |
| DM Holdings, L.L.C. | Hancock & Dana PC<br>12829 W. Dodge Road, Suite 100<br>Omaha, NE 68154 | 5925 Brady Street<br>Davenport, IA 52806 | Petition Date |
| Donald D. Morris | c/o Wheatridge Realty<br>6615 West 38th Avenue<br>Wheatridge, CO 80033 | (Parking Lot)<br>4775 Kipling Street<br>Wheat Ridge, CO 80033 | Petition Date |
| DSW Mesa Grand/Spectrum LLC | DSW Commercial<br>1795 East Skyline Drive, Suite 193<br>Tucson, AZ 85718 | 1859 S. Stapley Drive, Suite 107<br>Mesa, AZ 85204 | Petition Date |
| Dunson 205, LLC | RTG Property Management<br>808 SW Alder Street, Suite 200<br>Portland, OR 97205 | 10301 SE Stark Street<br>Portland, OR 92716 | Petition Date |
| EBS RQTIP Properties LLC & EBSE Properties LLC | c/o Joan L Lennox<br>39 Canyon View Drive<br>Orinda, CA 94563-1503 | 12622 W. Ken Caryl Avenue<br>Littleton, CO 80127 | Petition Date |
| Estate of Martin James Delohery | Kathleen Pietz & Thomas Delohery, Co-Executors<br>1783 Woodmoor Drive<br>Monument, CO 80132 | 207 W. Wolfensberger Rd.<br>Castle Rock, CO 80109-9632 | Petition Date |
| Esther Gushner | 15 Merion Road<br>Merion Station, PA 19066-1813 | 24025 Lorain Road<br>North Olmsted, OH 44070 | Petition Date |
| Freund Investments | 15460 East Batavia Drive<br>Aurora, CO 80011 | 15395 East Colfax Avenue<br>Aurora, CO 80011 | Petition Date |
| Gazzo Properties of Mesa L.L.C. | Raymond J. Gazzo, Attorney at Law<br>1265 Alameda Blvd.<br>Coronado, CA 92118 | 5961 E. McKellips Road<br>Mesa, AZ 85215-2754 | Petition Date |
| Great Western Bank (Trustee) | 35 First Avenue N.E.<br>Watertown, SD 57201 | 4416 Dodge Street<br>Omaha, NE 68131 | Petition Date |
| Harold C. Leight and Carole Q. Leight | 225 South Dexter Street<br>Denver, CO 80246 | (Building)<br>4775 Kipling Street<br>Wheat Ridge, CO 80033 | Petition Date |
| I & B, LLC | c/o Chili Shabani<br>422 Calloway Blvd.<br>La Crosse, WI 54603 | 8000 Brooklyn Blvd.<br>Brooklyn Park, MN 55445 | Petition Date |
| Essco Of Birmingham, LLC | c/o Essco Development Co.<br>210 South Woodward, Suite 230<br>Birmingham, MI 48009 | 250 E. Merrill St.<br>Birmingham, MI 48009 | Petition Date |
| Jeffs, Jeffs & Naylor | M. Dayle Jeffs<br>90 North 100 East<br>Provo, UT 84603 | 212 East University Parkway<br>Orem, UT 84058 | Petition Date |

25942067.5

2

| Landlord/Counterparty | Notice Address | Leased Premises | Rejection Effective Date |
|---|---|---|---|
| Lunnon Properties, LLC | 700 Colorado Blvd., #340<br>Denver, CO 80206 | (Building)<br>840 Juan Tabo Blvd. NE<br>Albuquerque, NM 87123-1427 | Petition Date |
| Lunnon Properties, LLC | 700 Colorado Blvd., #340<br>Denver, CO 80206 | (Ground Lease)<br>840 Juan Tabo Blvd. NE<br>Albuquerque, NM 87123-1427 | Petition Date |
| Mola Partners, Ltd. | 2810 Interlocken Drive<br>Evergreen, CO 80439 | (Ground Lease)<br>315 Highway 105<br>Monument, CO 80132 | Petition Date |
| Mola Partners, Ltd. | 2810 Interlocken Drive<br>Evergreen, CO 80439 | 450 East 1100 North<br>North Salt Lake City, UT 84054 | Petition Date |
| NMMS Twin Peaks, LLC | NewMark Merrill Companies<br>5850 Canoga Avenue, Suite 650<br>Woodland Hills, CA 91367 | 1216 South Hover Street<br>Longmont, CO 80501 | Petition Date |
| NOVO SOH, LLC | 12760 High Bluff Drive, Suite 280<br>San Diego, CA 92130 | 710 Gardner Road<br>Springboro, OH 40566 | Petition Date |
| Orion Venture XII North, LLC | Joseph A. Sanz, Manager<br>c/o Orion Investment and Management Ltd. Corp.<br>200 S. Biscayne Blvd.<br>Seventh Floor<br>Miami, FL 33131-5310 | 3545 Ridge Road<br>Lansing, IL 60438 | Petition Date |
| Orion Venture XII North, LLC | Joseph A. Sanz, Manager<br>c/o Orion Investment and Management Ltd. Corp.<br>200 S. Biscayne Blvd.<br>Seventh Floor<br>Miami, FL 33131-5310 | 4839 West 111th St.<br>Alsip, IL 60803 | Petition Date |
| Orland Park LLC | Tim Brinton<br>1845 Dry Creek Rd.<br>Campbell, CA 95008 | 14651 S. LaGrange Road<br>Orland Park, IL 60462 | Petition Date |
| Parivash Mazhari | 103 Avalon Court<br>Canton, GA 30115 | 3434 Freedom Drive<br>Springfield, IL 62704 | Petition Date |
| Phoenix Dobson, LLC | Beryl Canlas<br>c/o The I. Fuller Company<br>8727 West Third St., Suite 208<br>Los Angeles, CA 90048 | 1155 South Dobson Road<br>Mesa, AZ 85202 | Petition Date |
| Phoenix Dobson, LLC | The I. Fuller Company<br>8727 West Third St., Suite 208<br>Los Angeles, CA 90048 | 6813 East Main Street<br>Mesa, AZ 85207 | Petition Date |
| pie3539 LLC | 1235 Fox Hill Place SW<br>Rochester, MN 55902 | 3539 22nd Avenue NW<br>Rochester, MN 55901 | Petition Date |
| Pine Tree Commercial Realty, LLC | 40 Skokie Blvd<br>Suite 610<br>Northbrook, IL 60062 | 1140 E. Army Post Road<br>Des Moines, IA 50315 | Petition Date |
| Power & Ray LLC | 2425 East Camelback Road<br>Suite 750<br>Phoenix, AZ 85016 | 5012 S. Power Rd.<br>Gilbert, AZ 85212 | Petition Date |
| Prairieview Retail LLC | c/o United Properties, LLC<br>3600 American Blvd. West<br>Suite 750<br>Bloomington, MN 55431 | 928 Prairie Center Drive<br>Eden Prairie, MN 55344 | Petition Date |

25942067.5

| Landlord/Counterparty | Notice Address | Leased Premises | Rejection Effective Date |
|---|---|---|---|
| Realty Income Corporation | 11995 El Camino Real<br>San Diego, CA 92130 | 3302 South Memorial Drive<br>Tulsa, OK 74145 | Petition Date |
| Robert Irey and David Irey | Susan Irey<br>c/o Commercial Equity Real Estate<br>4585 Diamondback Dr.<br>Colorado Springs, CO 80921-2358 | 1190 E. First Ave.<br>Broomfield, CO 80020-3702 | Petition Date |
| Ronald N. Spratling III | 2020 East 4800 South<br>Salt Lake City, UT 84117 | 8921 S. Redwood Road<br>West Jordan, UT 84088-9208 | Petition Date |
| Roy Village Inn, L.L.C. | Scott Kjar<br>585 West 500 South, Suite 110<br>Bountiful, UT 84010 | 1780 West 5600 South<br>Roy, UT 84067-2955 | Petition Date |
| Sally Higby Beck | c/o Dan S. Hughes, P.C.<br>524 South Cascade Avenue, Suite 2<br>Colorado Springs, CO 80903-2256 | (Building)<br>315 Highway 105<br>Monument, CO 80132 | Petition Date |
| SCFRC-HW-G LLC | 47 Hulfish St<br>Suite 210<br>Princeton, NJ 08542 | 8140 Mississippi St<br>Merrillville, IN 46410 | Petition Date |
| Sidecar Birmingham LLC[3] | 250 E. Merrill St<br>Birmingham, MI 48009 | 250 E. Merrill St.<br>Birmingham, MI 48009 | Petition Date |
| Spirit Master Funding, LLC | 16767 N. Perimeter Dr., Suite 210<br>Scottsdale, AZ 85260 | 2240 Canton Center North<br>Canton, MI 48187 | Petition Date |
| SRK Sylvania Associates, LLC | 4053 Maple Road<br>Amherst, NY 14226 | 7050 West Central Avenue<br>Toledo, OH 43617 | Petition Date |
| ST Mall Owner, LLC | Gary Karl, Operating Member<br>c/o Pacific Retail Capital Partners<br>100 N Sepulveda Blvd.<br>Suite 1925<br>El Segundo, CA 90245 | 150 West 10600 South<br>Sandy, UT 84070 | Petition Date |
| The Lehrer Family Trust dated September 17, 1982 | 975 Knollwood Drive<br>Santa Barbara, CA 93108 | 3102 W. Adams Street<br>Santa Ana, CA 92704-5808 | Petition Date |
| U.S. Bank National Association | U.S. Bank Corporate Properties<br>2800 East Lake Street<br>Minneapolis, MN 55406 | (Parking Lot)<br>921 South Havana Street<br>Aurora, CO 80012 | Petition Date |
| Vestar California XXII, L.L.C. | c/o Vestar Properties, Inc.<br>2425 East Camelback Road<br>Suite 750<br>Phoenix, AZ 85016 | 2935 S. Alma School Rd.<br>Chandler, AZ 85286 | Petition Date |
| WAMAC, LLC | Bruce McMullin<br>1098 E. South Union Ave.<br>Midvale, UT 84047 | 6390 Coors Blvd. NW<br>Albuquerque, NM 87120-2710 | Petition Date |
| Whitestone Fountain Square, LLC | Property Manager<br>c/o Whitestone REIT<br>20789 North Pima Road, Suite 210<br>Scottsdale, AZ 85255 | 310 E. Bell Rd.<br>Phoenix, AZ 85022-2304 | Petition Date |

---

[3] This counterparty is a sub-tenant; the Debtors are the sub-lessor.

25942067.5

4