## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| AMERICAN BLUE RIBBON HOLDINGS, LLC, a Delaware limited liability company, *et al.*,[1] | Case No. 20-10161 (LSS) |
|  | (Jointly Administered) |
| Reorganized Debtors. |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### TELEPHONIC HEARING ON JULY 19, 2021 AT 10:00 A.M. (ET)[2]

> ### AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING
> ### HAS BEEN CANCELLED WITH PERMISSION OF THE COURT.

## I.     RESOLVED MATTERS

1.     Reorganized Debtors' Third Motion for an Order Authorizing Claims Agent to Reflect that Certain Claims and Scheduled Liabilities have been Partially or Fully Satisfied [Filing Date: 6/2/21; D.I. 834]

Related Documents:

    a.     Certificate of No Objection Regarding Reorganized Debtors' Third Motion for an Order Authorizing Claims Agent to Reflect that Certain Claims and Scheduled Liabilities have been Partially or Fully Satisfied [Filing Date: 6/17/21; D.I. 840]

    b.     Order Granting Regarding Reorganized Debtors' Third Motion for an Order Authorizing Claims Agent to Reflect that Certain Claims and Scheduled Liabilities Have Been Partially or Fully Satisfied [Date Entered: 6/22/21; D.I. 845]

Response Deadline:    June 16, 2021 at 4:00 p.m. (E.T.)

---

[1]    The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: American Blue Ribbon Holdings, LLC (1224-Del.); Legendary Baking, LLC (2615-Del.); Legendary Baking Holdings, LLC (2790-Del.); Legendary Baking of California, LLC (1760-Del.); and SVCC, LLC (9984-Ariz.). The Debtors' address is 3038 Sidco Drive, Nashville, TN 37204.

[2]    Please note that the telephonic hearing is before the Honorable Laurie S. Silberstein of the United States Bankruptcy Court for the District of Delaware.

Responses Received:  None.

Status: An order has been entered by the Court.  No hearing is necessary.

2.   Motion of Reorganized Debtors for an Order Extending the Current Claims Objection Deadline to September 1, 2021 [Filing Date: 6/2/21; D.I. 836]

Related Documents:

a.    Certificate of No Objection Regarding Motion of Reorganized Debtors for an Order Extending the Current Claims Objection Deadline to September 1, 2021 [Filing Date: 6/17/21; D.I 841]

b.    Order Further Extending the Current Claims Objection Deadline To September 1, 2021 [Date Entered: 6/22/21; D.I. 844]

Response Deadline:    June 16, 2021 at 4:00 p.m. (ET).

Responses Received:  None.

Status: An order has been entered by the Court.  No hearing is necessary.

3.   Reorganized Debtors' Fifth Omnibus (Substantive) Objection to Certain No Liability Claims [Filing Date: 6/2/21; D.I. 833]

Related Documents:

a.    Certificate of No Objection Regarding Reorganized Debtors' Fifth Omnibus (Substantive) Objection to Certain No Liability Claims [Filing Date: 6/17/21; D.I. 842]

b.    Notice of Submission of Proof of Claim Regarding Reorganized Debtors' Fifth Omnibus (Substantive) Objection to Certain No Liability Claims [Filing Date: 6/24/21; D.I. 846]

c.    Order Sustaining the Reorganized Debtors' Fifth Omnibus (Substantive) Objection to Certain No Liability Claims [Date Entered: 7/5/21; D.I. 850]

Response Deadline: June 16, 2021 at 4:00 p.m. (E.T.)

Responses Received:  None.

Status: An order has been entered by the Court.  No hearing is necessary.

4.      Reorganized Debtors' Sixth Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims [Filing Date: 6/2/21; D.I. 835]

Related Documents:

      a.      Certificate of No Objection Regarding Reorganized Debtors' Sixth Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims [Filing Date: 6/17/21; D.I. 843]

      b.      Notice of Submission of Proof of Claim Regarding Reorganized Debtors' Sixth Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims [Filing Date: 6/24/21; D.I. 847]

      c.      Order Sustaining the Reorganized Debtors' Sixth Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims [Date Entered: 7/5/21; D.I. 851]

Response Deadline:    June 16, 2021 at 4:00 p.m. (E.T.)

Responses Received:  None.

Status: An order has been entered by the Court.  No hearing is necessary.

*Remainder of page intentionally left blank.*

Dated: July 6, 2021
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Gregory J. Flasser*

Evan T. Miller (No. 5364)
Daniel N. Brogan (No. 5723)
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:  emiller@bayardlaw.com
       dbrogan@bayardlaw.com
       gflasser@bayardlaw.com

- and -

B. Keith Poston
NELSON, MULLINS, RILEY &
SCARBOROUGH LLP
1320 Main Street
Columbia, SC 29201
Phone: (803) 255-9518
Facsimile: (803) 255-9038
E-Mail: keith.poston@nelsonmullins.com

Shane G. Ramsey
John T. Baxter
NELSON, MULLINS, RILEY &
SCARBOROUGH LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN  37219
Phone:  615) 664-5355
Facsimile: (615) 664-5399
E-Mail:  shane.ramsey@nelsonmullins.com
       john.baxter@nelsonmullins.com

*Counsel to the Reorganized Debtors*